IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES WALTERS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BERKS COUNTY PRISON | : | NO. 11-6357 |

ORDER

AND NOW, this 9th day of March, 2012, upon consideration of the defendant's Motion to Dismiss the Complaint (Docket No. 10), after an on-the-record telephone conference with the plaintiff and counsel for the defendant, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the motion is GRANTED.  The plaintiff's complaint is DISMISSED.

The plaintiff may file an amended complaint on or before April 9, 2012, that addresses the shortcomings identified in the memorandum of law bearing today's date.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.